

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING

Cause numbers:        01-11-00597-CR; 01-11-00598-CR

Style:                *Remi Chidi Nwaogu v. The State of Texas*

Date motion filed:    May 28, 2013

Party filing motion:  Appellant


    It is ordered that the motions for rehearing are **DENIED.**


Justice's signature: /s/ Laura Carter Higley
               Acting for the Court


Panel consists of: Chief Justice Radack and Justices Higley and Brown.


Date: June 18, 2013